Motion Granted; Appeal Dismissed and Memorandum
Opinion filed March 31, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01229-CV

____________

 

AMIR KARNI, M.D., SIMON KARNI, M.D., AND SURYAM
KODALI, M.D. Appellants

 

V.

 

CATHERINE CLEVELAND FEROZI, Appellee

 



 

On Appeal from the 80th District Court

Harris County, Texas

Trial Court Cause No. 2010-33359

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from an order signed December 1, 2010.  On March 21, 2011, appellants
filed a motion to dismiss the appeal because the trial court granted a motion
to dismiss in their favor.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief
Justice Hedges and Justices Frost and Christopher.